357 P.3d 119

**Ernie LUNA Jr.**

v.

**ICA/PIMA/TRISTAR RISK MANAGEMENT.**

**No. CV–15–0033–PR.**

Supreme Court of Arizona.

Sept. 1, 2015.

¶ 1 ORDERED: Petition for Review = DENIED.

¶ 2 FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

357 P.3d 119

**ANGEL S.**

v.

**DEPARTMENT OF CHILD SAFETY/A.S.**

**No. CV–15–0133–PR.**

Supreme Court of Arizona.

Sept. 1, 2015.

¶ 1 ORDERED: Appellant's Petition for Review = DENIED.

¶ 2 FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.